THE PEOPLE OF THE STATE OF NEW YORK v. JOHN DORGAN.— Motion to dis-

miss appeal granted. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.